UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                 Case No. 11 B 30882

    Jessica N Lofton

        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/28/2011.

2) The plan was confirmed on 10/31/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/31/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 11/13/2014.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,764.64 |
| Less amount refunded to debtor | $952.00 |
| **NET RECEIPTS:** | **$19,812.64** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $860.14 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,360.14** |

Attorney fees paid and disclosed by debtor:   $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 71st And Jeffrey Loans | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 478.00 | 368.02 | 368.02 | 113.65 | 0.00 |
| American InfoSource LP | Unsecured | NA | 186.81 | 186.81 | 57.69 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 2,043.00 | 2,453.05 | 2,453.05 | 757.52 | 0.00 |
| Asset Acceptance | Unsecured | 319.00 | 1,066.00 | 1,066.00 | 329.19 | 0.00 |
| Central Parking System Attn: Payment P C | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,240.00 | 760.08 | 760.08 | 234.72 | 0.00 |
| CMRE Financial Svcs | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| First USA Bank N A | Unsecured | 1,145.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Services Corp | Unsecured | NA | 1,581.00 | 1,581.00 | 488.22 | 0.00 |
| Grant & Weber Inc | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| Great Sky Cash DBA Whitehills Cash | Unsecured | 320.00 | 320.00 | 320.00 | 98.82 | 0.00 |
| Heritage Acceptance Corp | Secured | 10,463.00 | 10,585.98 | 10,463.00 | 10,463.00 | 718.23 |
| Heritage Acceptance Corp | Unsecured | NA | 122.98 | 122.98 | 37.98 | 0.00 |
| Illinois Collection Service | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 464.00 | 422.20 | 422.20 | 130.38 | 0.00 |
| LHR Inc | Unsecured | 882.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| Mercantile Adjustment Bureau | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 787.00 | 790.75 | 790.75 | 244.19 | 0.00 |
| Midland Funding LLC | Unsecured | 715.00 | 720.17 | 720.17 | 222.39 | 0.00 |
| Northwest Collectors | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| PCC Community Wellness Center | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | 882.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 1,362.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,836.00 | 1,566.01 | 1,566.01 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | NA | 2,110.20 | 2,110.20 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SIR Finance Corporation | Unsecured | 600.00 | 1,189.00 | 1,189.00 | 367.17 | 0.00 |
| Springleaf Financial Services | Unsecured | 4,123.00 | 3,851.43 | 3,851.43 | 1,189.35 | 0.00 |
| US Bank | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Emergency Services | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Medical Center | Unsecured | 1,267.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $10,463.00 | $10,463.00 | $718.23 |
| **TOTAL SECURED:** | **$10,463.00** | **$10,463.00** | **$718.23** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$17,507.70** | **$4,271.27** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,360.14 |
| Disbursements to Creditors | $15,452.50 |
| **TOTAL DISBURSEMENTS** : | **$19,812.64** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/16/2014                             By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**